JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>                        *Plaintiff*,<br><br>   v.<br><br>**Balsamo Income Properties, LLC**, a California Limited Liability Company; and Does 1-10,<br><br>                       *Defendants*. | Case No. 2:19-cv-07143-DSF-SS<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendant's Motion for Partial Summary Judgment and Request to Decline Exercise of Supplemental Jurisdiction (ECF No. 32), it is **ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Court grants summary judgment in favor of Defendant as to Plaintiff's Americans with Disabilities Act claim for relief;

2. Judgment is entered in favor of Defendant Balsamo Income Properties, LLC as to Plaintiff's ADA claim;

3. The Court declines to exercise supplemental jurisdiction over Plaintiff's state claims for relief and dismisses those claims without prejudice;

4. Plaintiff shall recover nothing from Defendant.

DATED: July 6, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

2